### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: February 8, 2022 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Cathy Bahr |
| Probation: n/a | |

**CASE NO. 21-cr-00406-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Valeria Spencer |
| Plaintiff, | |
| v. | |
| 1. MIGUEL QUINTANILLA-DOMINGUEZ, | Jared Westbroek |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING** – Motion to Dismiss the Indictment (Doc. 18)
**COURT IN SESSION:** 9:01 a.m.

Appearances of counsel. Defendant is present and in custody.

Interpreter is sworn.

Preliminary remarks made by the Court.

Discussion held regarding continuing the trial date.

**ORDERED:** The three-day jury trial set for February 22, 2022, and the Trial Preparation Conference set for February 11, 2022, are VACATED and will be reset by separate order.

The Court directs counsel to contact his judicial assistant by email at Deanne_Bader@cod.uscourts.gov on February 9, 2022, to obtain a new trial date.

9:12 a.m.   Defendant's witness, Shulamith Deborah Kang, is sworn and examined by Mr. Westbroek.
Witness is offered and accepted as an historian.

10:11 a.m.   Cross-examination of Shulamith Deborah Kang by Ms. Spencer.

10:35 a.m.   Redirect examination of Shulamith Deborah Kang by Mr. Westbroek.

10:42 a.m.   Witness is excused.

**Court in recess:    10:42 a.m.**
**Court in session:   10:52 a.m.**

Defendant rests.   Government rests.

Argument given and discussion held regarding the motion.

The Court states findings.

**ORDERED:**  Miguel Quintanilla-Dominguez's Motion to Dismiss the Indictment (Doc. 18) is DENIED as stated on the record.

**ORDERED:**  Defendant remanded to the custody of the U.S. Marshals Service.

**COURT IN RECESS:       12:25 p.m.**
**Total in court time:         3:14**
**Hearing concluded**